BEFORE THE SECOND DIVISION, NOVEMBER 27, 1959

No. 63537.—Marconi International Marine Communication Co., Ltd. v. United States, protest 216356–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of klystron tubes the same in all material respects as those the subject of *Marconi Instruments, Ltd.* v. *United States* (38 Cust. Ct. 311, C.D. 1880), the claim of the plaintiff was sustained.

No. 63538.—Marconi Instruments, Ltd. v. United States, protest 59/14998 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of klystron tubes the same in all material respects as those the subject of *Marconi Instruments, Ltd.* v. *United States* (38 Cust. Ct. 311, C.D. 1880), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 27, 1959

No. 63539.—Arnart Imports, Inc. v. United States, protests 58/15111 and 58/15116 (New York).

JOHNSON, Judge:  The merchandise in these cases consists of porcelain switch plates assessed with duty by the collector at 45 per centum ad valorem under paragraph 212 of the Tariff Act of 1930, as modified.  It is claimed that the merchandise is properly dutiable at 33 per centum ad valorem under said paragraph, as modified.

At the trial, the entry papers forwarded by the collector, the collector's letter of transmission, and the protest were received in evidence, and it was agreed by counsel that the facts set forth therein were true and correct.  Counsel for the plaintiff stated:

The protest is against the assessment of duty on switch plates assessed for duty under the porcelainware provision and are claimed to be dutiable under the specific provision for electrical porcelainware, and accordingly dutiable as such under the Collector's letter of transmission.

The collector's letter of transmission in protest No. 58/15111 states:

The Appraiser's description of the merchandise, made in accordance with Section 500(a)(4), Tariff Act of 1930, and Section 14, Customs Regulations of